No. 365. METROPOLITAN LIFE INSURANCE Co. *v.* ETTELSON ET AL. October 25, 1943. Petition for writ of

778

certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Conover English* for petitioner. *Mr. Arthur T. Vanderbilt* for respondents.